**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JEAN LOUISAIRE,

                                        Petitioner,                10  **CIVIL** 7503 (CM)

                        -against-                                      **JUDGMENT**

WAYNE MULLER, Assistant Field Office Director,
Office of Detention and Removal for U.S. Immigration
and Customs Enforcement, et al.,
                                        Respondents.
------------------------------------------------------------X

*FILED*
*FEB 2 8 2011*
*U.S. DISTRICT COURT*
*S. D. OF N.Y.*

A petition for habeas corpus having been submitted to the Honorable Colleen McMahon,

United States District Judge, and the Court, on December 1, 2010, having rendered its Order granting

the Petition for Writ of Habeas Corpus, ordering an Immigration Judge to provide Petitioner with

an individualized bond hearing within 10 days of the date of the Order dated December 1, 2010, and

ordering the parties to notify this Court of the decision of the Immigration Judge within three days

after the Immigration Judge's decision has issued, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated December 1, 2010, the petition for a writ of habeas corpus is granted; the Court

orders an Immigration Judge to provide Petitioner with an individualized bond hearing within 10

days of the date of the Order of December 1, 2010; and the Court orders the parties to notify this

Court of the decision of the Immigration Judge within three days after the Immigration Judge's

decision has issued.

**DATED:** New York, New York
              February 28, 2011

                                                  **RUBY J. KRAJICK**
                                          _____
                                                  **Clerk of Court**

                                  **BY:**
                                          _____
                                                  **Deputy Clerk**

            THIS DOCUMENT WAS ENTERED
            ON THE DOCKET ON _____